UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV16-04126 JAK (JEMx) | Date | October 24, 2016 |
| Title | Katherine Gallo v. OMNI Hotels Management Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Fumino Nakahiro | Mia D. Farber |

**Proceedings:** **PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT; REQUEST FOR $8,000 IN ATTORNEY'S FEES AND COSTS (DKT. 15)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views and is inclined to grant Plaintiff's Motion for Order Remanding Action to State Court and deny the Request for $8,000 in Attorney's Fees and Costs (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' October 14, 2016 Joint Report and sets the following deadlines:

| | |
|---|---|
| November 21, 2016: | Last day to amend or add parties |
| May 15, 2017: | Last day to participate in a settlement conference/mediation |
| TBD: | Last day to file notice of settlement / joint report re settlement |
| TBD: | Post Mediation Status Conference |
| June 12, 2017: | Non-Expert Discovery Cut-Off |
| June 26, 2017: | Initial Expert Disclosures |
| July 10, 2017: | Rebuttal Expert Disclosures |
| July 24, 2017: | Expert Discovery Cut-Off |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV16-04126 JAK (JEMx) | Date | October 24, 2016 |
|---|---|---|---|
| Title | Katherine Gallo v. OMNI Hotels Management Corporation, et al. | | |

| | |
|---|---|
| July 24, 2017: | Last day to file motions *(including discovery motions)* |
| October 16, 2017: | Last day to hear motions *(including discovery motions)* |
| October 30, 2017: | Anticipated ruling on all motions |
| November 13, 2017: | Last day to file all pretrial documents |
| November 27, 2017 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| December 12, 2017 at 9:00 a.m.: | Jury Trial (est. tbd days) |

The Court grants the parties' request to participate in a settlement conference with a member of the ADR Panel. The Court directs counsel to confer to agree on a member from the Panel and file a joint report within seven days of the final ruling on the Motion, if the Motion is denied. Upon review of the joint report, the Court will issue the order referring the parties to the ADR Panel and will set dates with respect to settlement. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 9.

**IT IS SO ORDERED.**

|   | : | 35 |
|---|---|---|
| Initials of Preparer | ak | |